**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 11-2171**

—————————

SALAME M. AMR,

        Plaintiff - Appellant,

    v.

THE ATTORNEY GENERAL OF VIRGINIA; GREGORY C. FLEMING; RONALD
N. REGNERY; SCOTT CROWLEY; CROWLEY & CROWLEY LAW FIRM,

        Defendants – Appellees.

—————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   Robert E. Payne, Senior
District Judge.  (3:11-cv-00423-REP)

—————————

Submitted:  March 15, 2012            Decided:  March 19, 2012

—————————

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Salame M. Amr, Appellant Pro Se.  George Walerian Chabalewski,
Catherine  Crooks  Hill,  OFFICE  OF  THE  ATTORNEY  GENERAL  OF
VIRGINIA,  Richmond,  Virginia;  Scott  Gregory  Crowley,  Sr.,
CROWLEY & CROWLEY, Glen Allen, Virginia; Charles James Williams,
III, BURNETT & WILLIAMS, Midlothian, Virginia, for Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Salame M. Amr appeals the district court's orders granting the Defendants' motions to dismiss and for sanctions. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Amr v. Attorney Gen. of Va., No. 3:11-cv-00423-REP (E.D. Va. Sept. 22-23 & 26, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED